**Query**    **Reports**    **Utilities**    **Help**    **Log Out**

# U.S. District Court
## Eastern District of Missouri (St. Louis)
## CIVIL DOCKET FOR CASE #: 4:20-cv-01444-MTS

C. Pepper Logistics, LLC et al v. Lanter Delivery Systems, LLC et al
Assigned to: District Judge Matthew T. Schelp
Case in other court: Circuit Court of St. Louis County, 20SL-CC04635
Cause: 18:1836(b) Civil Action to Protect Trade Secrets

Date Filed: 10/07/2020
Jury Demand: Defendant
Nature of Suit: 880 Defend Trade Secrets Act (of 2016)
Jurisdiction: Federal Question

### Plaintiff

**C. Pepper Logistics, LLC**
*a Missouri limited liability company*

represented by **Grant J. Mabie**
HEIN SCHNEIDER AND BOND PC
2244 South Brentwood Blvd.
St. Louis, MO 63144
314-863-9100
Email: gjm@hsbattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill R. Rembusch**
HEIN SCHNEIDER AND BOND PC
2244 South Brentwood Blvd.
St. Louis, MO 63144
314-863-9100
Email: jrr@hsbattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Hein**
HEIN SCHNEIDER AND BOND PC
2244 South Brentwood Blvd.
St. Louis, MO 63144
314-863-9100
Fax: 314-863-9101
Email: jjh@hsbattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark H. Levison**
LASHLY AND BAER PC
714 Locust Street
St. Louis, MO 63101-1699
314-621-2939
Fax: 314-621-6844
Email: mlevison@lashlybaer.com
*TERMINATED: 02/25/2021*



EXHIBIT C

**Matthew S. McBride**
LASHLY AND BAER PC
714 Locust Street
St. Louis, MO 63101-1699
314-621-2939
Fax: 314-621-6844
Email: mmcbride@lashlybaer.com
*TERMINATED: 02/25/2021*

**Patrick E. Foppe**
LASHLY AND BAER PC
714 Locust Street
St. Louis, MO 63101-1699
314-436-8312
Fax: 314-621-6844
Email: pfoppe@lashlybaer.com
*TERMINATED: 02/25/2021*

**Plaintiff**

**Timeless Logistical Solutions, Inc.**
*an Illinois corporation*

represented by **Grant J. Mabie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill R. Rembusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Hein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark H. Levison**
(See above for address)
*TERMINATED: 02/25/2021*

**Matthew S. McBride**
(See above for address)
*TERMINATED: 02/25/2021*

**Patrick E. Foppe**
(See above for address)
*TERMINATED: 02/25/2021*

**Plaintiff**

**Independent Service Provider, LLC**
*a Missouri limited liability company*

represented by **Grant J. Mabie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill R. Rembusch**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Hein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark H. Levison**
(See above for address)
*TERMINATED: 02/25/2021*

**Matthew S. McBride**
(See above for address)
*TERMINATED: 02/25/2021*

**Patrick E. Foppe**
(See above for address)
*TERMINATED: 02/25/2021*

**Plaintiff**

**Logistics Resource Solutions, Inc.**     represented by **Grant J. Mabie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill R. Rembusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Hein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark H. Levison**
(See above for address)
*TERMINATED: 02/25/2021*

**Matthew S. McBride**
(See above for address)
*TERMINATED: 02/25/2021*

**Patrick E. Foppe**
(See above for address)
*TERMINATED: 02/25/2021*

**Plaintiff**

**Interstate Service Provider, Inc.**     represented by **Grant J. Mabie**
*an Illinois corporation*                                       (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill R. Rembusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Hein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark H. Levison**
(See above for address)
*TERMINATED: 02/25/2021*

**Matthew S. McBride**
(See above for address)
*TERMINATED: 02/25/2021*

**Patrick E. Foppe**
(See above for address)
*TERMINATED: 02/25/2021*

**Plaintiff**

**LRS Leasing, LLC**
*an Illinois limited liability company*

represented by **Grant J. Mabie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill R. Rembusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Hein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark H. Levison**
(See above for address)
*TERMINATED: 02/25/2021*

**Matthew S. McBride**
(See above for address)
*TERMINATED: 02/25/2021*

**Patrick E. Foppe**
(See above for address)
*TERMINATED: 02/25/2021*

V.

**Defendant**

**Lanter Delivery Systems, LLC**
*a Delaware limited liability company*

represented by **David B. Jinkins**
THOMPSON COBURN LLP - St Louis
One US Bank Plaza
505 N. 7th Street
Suite 2700
St. Louis, MO 63101
314-552-6000
Fax: 314-552-7000
Email: djinkins@thompsoncoburn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew A. Braunel**
THOMPSON COBURN LLP - St Louis
One US Bank Plaza
505 N. 7th Street
Suite 2700
St. Louis, MO 63101
314-552-6000
Fax: 314-552-7106
Email: mbraunel@thompsoncoburn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven E. Garlock**
THOMPSON COBURN LLP - St Louis
One US Bank Plaza
505 N. 7th Street
Suite 2700
St. Louis, MO 63101
314-552-6000
Fax: 314-552-7000
Email: sgarlock@thompsoncoburn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Powers Mulligan**
THOMPSON COBURN LLP - St Louis
One US Bank Plaza
505 N. 7th Street
Suite 2700
St. Louis, MO 63101
314-552-6000
Fax: 314-552-7454
Email: Jmulligan@thompsoncoburn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**White Line Systems, LLC**
*a Texas limited liability company*

represented by **R. Lance Witcher**
OGLETREE DEAKINS PC - St Louis
7700 Bonhomme Avenue
Suite 650
St. Louis, MO 63105

314-802-3948
Fax: 314-802-3936
Email: lance.witcher@odnss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Schenberg**
OGLETREE DEAKINS PC - St Louis
7700 Bonhomme Avenue
Suite 650
St. Louis, MO 63105
314-802-3935
Fax: 314-802-3936
Email: david.schenberg@ogletreedeakins.com
*ATTORNEY TO BE NOTICED*

**Samuel W. Newman**
OGLETREE DEAKINS PC - St Louis
7700 Bonhomme Avenue
Suite 650
St. Louis, MO 63105
314-898-4075
Email: samuel.newman@ogletreedeakins.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Darien Brokerage, LLC**
*a Texas limited liability company*

represented by **R. Lance Witcher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Schenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel W. Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rachel Tomasek**

represented by **Stephen Cody Reinberg**
HKM EMPLOYMENT ATTORNEYS LLP - St Louis
9666 Olive Blvd.
Suite 202A
St. Louis, MO 63132
314-391-9557
Email: creinberg@hkm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| Mike Tomasek | represented by | **Stephen Cody Reinberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Anton Lobov | represented by | **Stephen Cody Reinberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Antoine Wingard | represented by | **Stephen Cody Reinberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Mark Cordsen | represented by | **Stephen Cody Reinberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Randi Wood | represented by | **Stephen Cody Reinberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**JOHN DOES 1 THROUGH 30**

**Defendant**

| | | |
|---|---|---|
| **Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services**<br>The Rabbitt Law Firm, LLC<br>231 South Bemiston<br>Suite 1200<br>St. Louis, MO 63105<br>314-881-6600 | represented by | **Arin Smith**<br>DOWD BENNETT LLP Clayton<br>7733 Forsyth Boulevard<br>Suite 1900<br>Clayton, MO 63105<br>314-889-7300<br>Email: asmith@dowdbennett.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James F. Bennett**<br>DOWD BENNETT LLP Clayton<br>7733 Forsyth Boulevard<br>Suite 1900<br>Clayton, MO 63105<br>314-889-7302<br>Fax: 314-863-2111<br>Email: jbennett@dowdbennett.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2020 | 1 | NOTICE OF REMOVAL from Circuit Court of St. Louis County, Twenty-First Judicial District, State of Missouri, case number 20SL-CC04635, with receipt number AMOEDC-8197805, in the amount of $400 Jury Demand,, filed by Lanter Delivery Systems, LLC. (Attachments: # 1 Exhibit 1 - State File, # 2 Exhibit 2 - Defendant Consents, # 3 Original Filing Form, # 4 Civil Cover Sheet)(Braunel, Matthew) (Entered: 10/07/2020) |
| 10/07/2020 | 2 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendant Lanter Delivery Systems, LLC Sent To: Plaintiff (Attachments: # 1 Notice of Removal, # 2 Attachment - Notice of Removal Attachments Pt. 1, # 3 Attachment - Notice of Removal Attachments Pt. 2, # 4 Attachment - Notice of Removal Attachments Pt. 3)(Braunel, Matthew) (Entered: 10/07/2020) |
| 10/07/2020 | 3 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendant Lanter Delivery Systems, LLC.. (Braunel, Matthew) (Entered: 10/07/2020) |
| 10/07/2020 | 4 | ENTRY of Appearance by Matthew A. Braunel for Defendant Lanter Delivery Systems, LLC. (Braunel, Matthew) (Entered: 10/07/2020) |
| 10/07/2020 | 5 | ENTRY of Appearance by R. Lance Witcher for Defendants Darien Brokerage, LLC, White Line Systems, LLC. (Witcher, R.) (Entered: 10/07/2020) |
| 10/07/2020 | 6 | ENTRY of Appearance by Samuel W. Newman for Defendants Darien Brokerage, LLC, White Line Systems, LLC. (Newman, Samuel) (Entered: 10/07/2020) |
| 10/07/2020 | 7 | Consent to Removal by Defendants Darien Brokerage, LLC, White Line Systems, LLC. (Witcher, R.) (Entered: 10/07/2020) |
| 10/07/2020 | 11 | Petition (Removal/Transfer) Received From: Circuit Court of St. Louis County, filed by Timeless Logistical Solutions, Inc., C. Pepper Logistics, LLC, LRS Leasing, LLC, Independent Service Provider, LLC, Logistics Resource Solutions, Inc., Interstate Service Provider, Inc..(MFG) (Entered: 10/08/2020) |
| 10/08/2020 | 8 | ENTRY of Appearance by Stephen Cody Reinberg for Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Reinberg, Stephen) (Entered: 10/08/2020) |
| 10/08/2020 | 9 | Consent MOTION for Extension of Time to File Answer re 1 Notice of Removal Petition, by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Reinberg, Stephen) (Entered: 10/08/2020) |
| 10/08/2020 | 10 | Consent MOTION for Extension of Time to File Answer *or to Otherwise Plead in Response to Plaintiffs' Petition* by Defendant Lanter Delivery Systems, LLC. (Attachments: # 1 Text of Proposed Order)(Braunel, Matthew) (Entered: 10/08/2020) |
| 10/09/2020 | 15 | Docket Text ORDER Re: 10 Consent MOTION for Extension of Time to File Answer or to Otherwise Plead in Response to Plaintiffs' Petition by Defendant Lanter Delivery Systems, LLC and 9 Consent MOTION for Extension of Time to File Answer re 1 Notice of Removal Petition by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 10/9/2020. (TMT) (Entered: 10/13/2020) |
| 10/12/2020 | 12 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendant Lanter Delivery Systems, LLC Sent To: State Court - Executed (Attachments: # 1 Acknowledged State Court Filings)(Braunel, Matthew) (Entered: 10/12/2020) |
| 10/12/2020 | 13 | ENTRY of Appearance by David B. Jinkins for Defendant Lanter Delivery Systems, |

| | | |
|---|---|---|
| | | LLC. (Jinkins, David) (Entered: 10/12/2020) |
| 10/12/2020 | 14 | Consent MOTION for Extension of Time to File Answer by Defendants Darien Brokerage, LLC, White Line Systems, LLC. (Attachments: # 1 Attachment Proposed Order)(Witcher, R.) (Entered: 10/12/2020) |
| 10/13/2020 | 16 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendant Lanter Delivery Systems, LLC *(Supplemental)* Sent To: State Court - Executed (Attachments: # 1 Supplemental Acknowledged State Court Filings)(Jinkins, David) (Entered: 10/13/2020) |
| 10/13/2020 | 17 | Docket Text ORDER re 14 : Consent Motion for Extension of Time to File Answer by Defendants Darien Brokerage, LLC, & White Line Systems, LLC; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 10/13/2020. (KCB) (Entered: 10/13/2020) |
| 10/15/2020 | 18 | ENTRY of Appearance by Steven E. Garlock for Defendant Lanter Delivery Systems, LLC. (Garlock, Steven) (Entered: 10/15/2020) |
| 10/15/2020 | 19 | ENTRY of Appearance by Justin Powers Mulligan for Defendant Lanter Delivery Systems, LLC. (Mulligan, Justin) (Entered: 10/15/2020) |
| 10/19/2020 | 20 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendant Darien Brokerage, LLC.. (Newman, Samuel) (Entered: 10/19/2020) |
| 10/19/2020 | 21 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendant White Line Systems, LLC.. (Newman, Samuel) (Entered: 10/19/2020) |
| 10/27/2020 | 22 | ENTRY of Appearance by Matthew S. McBride for Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (McBride, Matthew) (Entered: 10/27/2020) |
| 10/30/2020 | 23 | ENTRY of Appearance by David L. Schenberg for Defendants Darien Brokerage, LLC, White Line Systems, LLC. (Schenberg, David) (Entered: 10/30/2020) |
| 10/30/2020 | 24 | MOTION to Dismiss Party Lanter Delivery Systems, LLC by Defendant Lanter Delivery Systems, LLC. (Attachments: # 1 Memorandum in Support)(Jinkins, David) (Entered: 10/30/2020) |
| 10/30/2020 | 25 | MOTION to Dismiss Party White Line Systems, LLC and Darien Brokerage, LLC by Defendants Darien Brokerage, LLC, White Line Systems, LLC. (Schenberg, David) (Entered: 10/30/2020) |
| 10/30/2020 | 26 | MEMORANDUM in Support of Motion re 25 MOTION to Dismiss Party White Line Systems, LLC and Darien Brokerage, LLC filed by Defendants Darien Brokerage, LLC, White Line Systems, LLC. (Schenberg, David) (Entered: 10/30/2020) |
| 11/06/2020 | 27 | MOTION for Leave to File in Excess of Page Limitation by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Reinberg, Stephen) (Entered: 11/06/2020) |
| 11/06/2020 | 28 | MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss Case *for Failure to State a Claim* by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Reinberg, Stephen) (Entered: 11/06/2020) |
| 11/06/2020 | 29 | MEMORANDUM in Support of Motion re 28 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss Case *for Failure to State a Claim* filed by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Attachments: # 1 Exhibit A - Declaration of Rachel Tomasek, # 2 Exhibit B- Declaration of Mike Tomasek, # 3 Exhibit C - Declaration of Mark Cordsen, # 4 Exhibit |

| | | |
|---|---|---|
| | | D - Declaration of Randi Wood, # 5 Exhibit E - Declaration of Anton Lobov, # 6 Exhibit F - Declaration of Antoine Wingard)(Reinberg, Stephen) (Entered: 11/06/2020) |
| 11/09/2020 | 30 | Docket Text ORDER re 27 : Motion for Leave to File in Excess of Page Limitation by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood ; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 11/06/2020. (KCD) (Entered: 11/09/2020) |
| 11/12/2020 | 31 | Consent MOTION for Extension of Time to File Response/Reply *to Motions to Dismiss* by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (McBride, Matthew) (Entered: 11/12/2020) |
| 11/13/2020 | 32 | Docket Text ORDER Re: 31 Consent MOTION for Extension of Time to File Response/Reply *to Motions to Dismiss* by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 11/13/2020. (TMT) (Entered: 11/13/2020) |
| 11/20/2020 | 33 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Plaintiff LRS Leasing, LLC. Parent companies: None, Subsidiaries: None, Publicly held company: None,. (McBride, Matthew) (Entered: 11/20/2020) |
| 11/20/2020 | 34 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Plaintiff Independent Service Provider, LLC. Parent companies: None, Subsidiaries: None, Publicly held company: None,. (McBride, Matthew) (Entered: 11/20/2020) |
| 11/20/2020 | 35 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Plaintiff Interstate Service Provider, Inc.. Parent companies: None, Subsidiaries: None, Publicly held company: None,. (McBride, Matthew) (Entered: 11/20/2020) |
| 11/20/2020 | 36 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Plaintiff Logistics Resource Solutions, Inc.. Parent companies: None, Subsidiaries: None, Publicly held company: None,. (McBride, Matthew) (Entered: 11/20/2020) |
| 11/20/2020 | 37 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Plaintiff Timeless Logistical Solutions, Inc.. Parent companies: None, Subsidiaries: None, Publicly held company: None,. (McBride, Matthew) (Entered: 11/20/2020) |
| 11/20/2020 | 38 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Plaintiff C. Pepper Logistics, LLC. Parent companies: None, Subsidiaries: None, Publicly held company: None,. (McBride, Matthew) (Entered: 11/20/2020) |
| 11/20/2020 | 39 | MOTION to Amend/Correct *File Amended Complaint As A Matter of Right* by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Attachments: # 1 Exhibit A, Amended Complaint for Injunctive Relief and Damages)(Levison, Mark) (Entered: 11/20/2020) |
| 11/24/2020 | 40 | Docket Text ORDER re 39 : Motion to Amend/Correct File Amended Complaint As A Matter of Right by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 11/24/2020. (KCD) (Entered: 11/24/2020) |
| 11/24/2020 | 41 | NOTICE OF PROCESS SERVER by Plaintiff C. Pepper Logistics, LLC Process Server: SRI Process (Levison, Mark) (Entered: 11/24/2020) |

| Date | # | Description |
|---|---|---|
| 11/25/2020 | 42 (3) | AMENDED COMPLAINT against defendant All Defendants Amendment to 11 Petition (Removal/Transfer),, filed by Timeless Logistical Solutions, Inc., C. Pepper Logistics, LLC, Independent Service Provider, LLC, Logistics Resource Solutions, Inc., Interstate Service Provider, Inc. Related document: 11 Petition (Removal/Transfer), filed by Independent Service Provider, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc., LRS Leasing, LLC, Interstate Service Provider, Inc., C. Pepper Logistics, LLC.(TMT) (Entered: 11/25/2020) |
| 11/25/2020 | 43 | AMENDED NOTICE OF PROCESS SERVER by Plaintiff C. Pepper Logistics, LLC Process Server: SRI Process (Attachments: # 1 Summons Ryder Truck Rental, Inc.) (Levison, Mark) Modified on 11/25/2020 (TMT). (Entered: 11/25/2020) |
| 11/25/2020 | 44 (4) | Summons Issued as to defendant Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services. The summons was emailed to Attorney Mark Levison. (TMT) (Entered: 11/25/2020) |
| 12/01/2020 | 45 | Consent MOTION for Extension of Time to File Response/Reply as to 42 Amended Complaint,, by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Reinberg, Stephen) (Entered: 12/01/2020) |
| 12/01/2020 | 46 | Consent MOTION for Extension of Time to File Answer re 42 Amended Complaint,, *or To Otherwise Plead in Response to Plaintiffs' Amended Complaint to December 18, 2020* by Defendant Lanter Delivery Systems, LLC. (Attachments: # 1 Text of Proposed Order) (Jinkins, David) (Entered: 12/01/2020) |
| 12/02/2020 | 47 (5) | SUMMONS Returned Executed filed by C. Pepper Logistics, LLC. Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services served on 11/25/2020, answer due 12/16/2020. (Levison, Mark) (Entered: 12/02/2020) |
| 12/02/2020 | 48 | Docket Text ORDER Re: 45 Consent MOTION for Extension of Time to File Response/Reply as to 42 Amended Complaint by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood and 46 Consent MOTION for Extension of Time to File Answer re 42 Amended Complaint *or To Otherwise Plead in Response to Plaintiffs' Amended Complaint to December 18, 2020* by Defendant Lanter Delivery Systems, LLC.; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 12/2/2020. (TMT) (Entered: 12/02/2020) |
| 12/02/2020 | 49 | Consent MOTION for Extension of Time to File Answer re 42 Amended Complaint,, by Defendants Darien Brokerage, LLC, White Line Systems, LLC. (Newman, Samuel) (Entered: 12/02/2020) |
| 12/04/2020 | 50 | ENTRY of Appearance by Arin Smith for Defendant Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services. (Smith, Arin) (Entered: 12/04/2020) |
| 12/04/2020 | 51 (6) | MOTION for Extension of Time to File Answer re 42 Amended Complaint,, by Defendant Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services. (Smith, Arin) (Entered: 12/04/2020) |
| 12/04/2020 | 52 | ENTRY of Appearance by James F. Bennett for Defendant Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services. (Bennett, James) (Entered: 12/04/2020) |
| 12/07/2020 | 53 (7) | Docket Text ORDER: Re: 49 Consent Motion for Extension of Time to File Answer re 42 Amended Complaint by Defendants Darien Brokerage, LLC, White Line Systems, LLC. ; 51 MOTION for Extension of Time to File Answer re 42 Amended Complaint by Defendant Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 12/7/2020. (BRP) (Entered: 12/07/2020) |
| 12/18/2020 | 54 | MOTION for Leave to File Memorandum in Support of Motion to Dismiss Amended |

| | | |
|---|---|---|
| | | Complaint in Excess of Page Limitation by Defendant Lanter Delivery Systems, LLC. (Jinkins, David) (Entered: 12/18/2020) |
| 12/18/2020 | 55 | MOTION to Dismiss Party Lanter Delivery Systems, LLC by Defendant Lanter Delivery Systems, LLC. (Jinkins, David) (Entered: 12/18/2020) |
| 12/18/2020 | 56 | MEMORANDUM in Support of Motion re 55 MOTION to Dismiss Party Lanter Delivery Systems, LLC filed by Defendant Lanter Delivery Systems, LLC. (Attachments: # 1 Exhibit 1)(Jinkins, David) (Entered: 12/18/2020) |
| 12/18/2020 | 57 | MOTION to Stay *Two Newly Added Contract Claims in Amended Complaint* by Defendant Lanter Delivery Systems, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Jinkins, David) (Entered: 12/18/2020) |
| 12/18/2020 | 58 | MOTION to Dismiss Party White Line Systems, LLC and Darien Brokerage, LLC by Defendants Darien Brokerage, LLC, White Line Systems, LLC. (Witcher, R.) (Entered: 12/18/2020) |
| 12/18/2020 | 59 | MEMORANDUM in Support of Motion re 58 MOTION to Dismiss Party White Line Systems, LLC and Darien Brokerage, LLC filed by Defendants Darien Brokerage, LLC, White Line Systems, LLC. (Witcher, R.) (Entered: 12/18/2020) |
| 12/21/2020 | 60 | Docket Text ORDER Re: 54 MOTION for Leave to File Memorandum in Support of Motion to Dismiss Amended Complaint in Excess of Page Limitation filed by Lanter Delivery Systems, LLC; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 12/21/2020. (TMT) (Entered: 12/21/2020) |
| 12/23/2020 | 61 | Second MOTION for Leave to File in Excess of Page Limitation by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Reinberg, Stephen) (Entered: 12/23/2020) |
| 12/23/2020 | 62 | MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Reinberg, Stephen) (Entered: 12/23/2020) |
| 12/23/2020 | 63 | MEMORANDUM in Support of Motion re 62 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* filed by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Attachments: # 1 Exhibit A - Declaration of Rachel Tomasek, # 2 Exhibit B - Declaration of Mike Tomasek, # 3 Exhibit C - Declaration of Mark Cordsen, # 4 Exhibit D - Declaration of Randi Wood, # 5 Exhibit E - Declaration of Anton Lobov, # 6 Exhibit F - Declaration of Antoine Wingard)(Reinberg, Stephen) (Entered: 12/23/2020) |
| 12/23/2020 | 64 | Docket Text ORDER Re: 61 Second MOTION for Leave to File in Excess of Page Limitation filed by Randi Wood, Antoine Wingard, Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 12/23/2020. (TMT) (Entered: 12/23/2020) |
| 01/08/2021 | 65 | Consent MOTION for Extension of Time to File Response/Reply as to 63 Memorandum in Support of Motion,, 62 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (McBride, Matthew) (Entered: 01/08/2021) |
| 01/08/2021 | 66 | Consent MOTION for Extension of Time to File Response/Reply as to 59 Memorandum in Support of Motion, 55 MOTION to Dismiss Party Lanter Delivery Systems, LLC, 56 Memorandum in Support of Motion, 58 MOTION to Dismiss Party White Line Systems, LLC and Darien Brokerage, LLC, 57 MOTION to Stay *Two Newly Added Contract Claims in Amended Complaint* by Plaintiffs C. Pepper Logistics, LLC, Independent |

| | | |
|---|---|---|
| | | Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (McBride, Matthew) (Entered: 01/08/2021) |
| 01/11/2021 | 67 | Docket Text ORDER Re: 65 Consent MOTION for Extension of Time to File Response/Reply as to 63 Memorandum in Support of Motion,, 62 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.; and 66 Consent MOTION for Extension of Time to File Response/Reply as to 59 Memorandum in Support of Motion, 55 MOTION to Dismiss Party Lanter Delivery Systems, LLC, 56 Memorandum in Support of Motion, 58 MOTION to Dismiss Party White Line Systems, LLC and Darien Brokerage, LLC, 57 MOTION to Stay *Two Newly Added Contract Claims in Amended Complaint* by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 1/11/2021. (TMT) (Entered: 01/11/2021) |
| 01/15/2021 | 68 (8) | MOTION to Dismiss Party Defendant Ryder Truck Rental, Inc. by Defendant Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services. (Bennett, James) (Entered: 01/15/2021) |
| 01/15/2021 | 69 (9) | MEMORANDUM in Support of Motion re 68 MOTION to Dismiss Party Defendant Ryder Truck Rental, Inc. *Memorandum in Support of Its Motion to Dismiss Plaintiffs' Amended Complaint* filed by Defendant Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services. (Bennett, James) (Entered: 01/15/2021) |
| 01/15/2021 | 70 | MEMORANDUM in Opposition re 57 MOTION to Stay *Two Newly Added Contract Claims in Amended Complaint* filed by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Levison, Mark) (Entered: 01/15/2021) |
| 01/15/2021 | 71 | MOTION for Leave to File in Excess of Page Limitation *with Respect to MEMORANDUM IN OPPOSITION TO WHITE LINE SYSTEMS, LLC AND DARIEN BROKERAGE, LLCS MOTION TO DISMISS PLAINTIFFS AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES* by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Levison, Mark) (Entered: 01/15/2021) |
| 01/15/2021 | 72 | MEMORANDUM in Opposition re 58 MOTION to Dismiss Party White Line Systems, LLC and Darien Brokerage, LLC filed by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Levison, Mark) (Entered: 01/15/2021) |
| 01/15/2021 | 73 | MOTION for Leave to File in Excess of Page Limitation *with Respect to MEMORANDUM IN OPPOSITION TO LANTER DELIVERY SYSTEMS, LLCS MOTION TO DISMISS PLAINTIFFS AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES* by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Levison, Mark) (Entered: 01/15/2021) |
| 01/15/2021 | 74 | MEMORANDUM in Opposition re 55 MOTION to Dismiss Party Lanter Delivery Systems, LLC filed by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource |

| | | |
|---|---|---|
| | | Solutions, Inc., Timeless Logistical Solutions, Inc.. (Levison, Mark) (Entered: 01/15/2021) |
| 01/19/2021 | 75 | Docket Text ORDER: Re: 71 MOTION for Leave to File in Excess of Page Limitation *with Respect to MEMORANDUM IN OPPOSITION TO WHITE LINE SYSTEMS, LLC AND DARIEN BROKERAGE, LLCS MOTION TO DISMISS PLAINTIFFS AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES* by Plaintiffs (Levison, Mark) & 73 MOTION for Leave to File in Excess of Page Limitation *with Respect to MEMORANDUM IN OPPOSITION TO LANTER DELIVERY SYSTEMS, LLCS MOTION TO DISMISS PLAINTIFFS AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES* by Plaintiffs (Levison, Mark); ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on January 19, 2021. (BRP) (Entered: 01/19/2021) |
| 01/22/2021 | 76 | Consent MOTION for Extension of Time to File Response/Reply as to 55 MOTION to Dismiss Party Lanter Delivery Systems, LLC, 57 MOTION to Stay *Two Newly Added Contract Claims in Amended Complaint up to and including February 8, 2021* by Defendant Lanter Delivery Systems, LLC. (Jinkins, David) (Entered: 01/22/2021) |
| 01/23/2021 | 77 | Consent MOTION for Extension of Time to File Response/Reply as to 63 Memorandum in Support of Motion,, 62 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (McBride, Matthew) (Entered: 01/23/2021) |
| 01/23/2021 | 78 | Consent MOTION for Extension of Time to File Response/Reply as to 69 Memorandum in Support of Motion, 68 MOTION to Dismiss Party Defendant Ryder Truck Rental, Inc. by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (McBride, Matthew) (Entered: 01/23/2021) |
| 01/25/2021 | 79 | Consent MOTION for Extension of Time to File Response/Reply as to 58 MOTION to Dismiss Party White Line Systems, LLC and Darien Brokerage, LLC by Defendants Darien Brokerage, LLC, White Line Systems, LLC. (Newman, Samuel) (Entered: 01/25/2021) |
| 01/26/2021 | 80 | Docket Text ORDER: Re: 79 Consent MOTION for Extension of Time to File Response/Reply; 77 Consent MOTION for Extension of Time to File Response/Reply; 76 Consent MOTION for Extension of Time to File Response/Reply; 78 Consent MOTION for Extension of Time to File Response/Reply; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 1/26/2021. (BRP) (Entered: 01/26/2021) |
| 02/01/2021 | 81 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendant Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services. Parent companies: Ryder System, Inc., Subsidiaries: None., Publicly held company: None.,. (Smith, Arin) (Entered: 02/01/2021) |
| 02/01/2021 | 82 | MEMORANDUM in Opposition re 62 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* filed by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Levison, Mark) (Entered: 02/01/2021) |
| 02/08/2021 | 83 | REPLY to Response to Motion re 58 MOTION to Dismiss Party White Line Systems, LLC and Darien Brokerage, LLC filed by Defendants Darien Brokerage, LLC, White Line Systems, LLC. (Witcher, R.) (Entered: 02/08/2021) |
| 02/08/2021 | 84 | REPLY to Response to Motion re 55 MOTION to Dismiss Party Lanter Delivery Systems, LLC filed by Defendant Lanter Delivery Systems, LLC. (Jinkins, David) |

| | | |
|---|---|---|
| | | (Entered: 02/08/2021) |
| 02/08/2021 | 85 | REPLY to Response to Motion re 57 MOTION to Stay *Two Newly Added Contract Claims in Amended Complaint* filed by Defendant Lanter Delivery Systems, LLC. (Jinkins, David) (Entered: 02/08/2021) |
| 02/08/2021 | 86 | Consent MOTION for Extension of Time to File Response/Reply as to 62 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Reinberg, Stephen) (Entered: 02/08/2021) |
| 02/12/2021 | 87 | MOTION to Withdraw as Attorney *of Record for Plaintiffs* ;attorney/firm Mark H. Levison, Matthew S. McBride, Patrick E. Foppe of Lashly & Baer, P.,C. by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Levison, Mark) (Entered: 02/12/2021) |
| 02/16/2021 | 88 | Docket Text ORDER Re: 86 Consent MOTION for Extension of Time to File Response/Reply as to 62 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Reinberg, Stephen); ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on February 16, 2021. (BRP) (Entered: 02/16/2021) |
| 02/23/2021 | 89 | ENTRY of Appearance by John Hein for Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Hein, John) (Entered: 02/23/2021) |
| 02/23/2021 | 90 | ENTRY of Appearance by Grant J. Mabie for Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Mabie, Grant) (Entered: 02/23/2021) |
| 02/23/2021 | 91 | ENTRY of Appearance by Jill R. Rembusch for Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Rembusch, Jill) (Entered: 02/23/2021) |
| 02/25/2021 | 92 | Docket Text ORDER: IT IS HEREBY ORDERED that the Motion for Leave to Withdraw as Attorneys of Record for Plaintiffs and to Stay Proceedings (Doc. 87 ) is GRANTED, in part. Mark H. Levison, Matthew S. McBride, Patrick E. Foppe, and the law firm of Lashly & Baer, P.C., may withdraw from this matter as counsel of record for Plaintiffs. The case will not be stayed, as new counsel have already entered an appearance on behalf of Plaintiffs. The case will proceed consistent with all current Court-ordered deadlines. Signed by District Judge Matthew T. Schelp on 2/25/2021. (KCD) (Entered: 02/25/2021) |
| 02/26/2021 | 93 | MOTION for Leave to File in Excess of Page Limitation by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Reinberg, Stephen) (Entered: 02/26/2021) |
| 02/26/2021 | 94 | REPLY to Response to Motion re 62 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* filed by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Reinberg, Stephen) (Entered: 02/26/2021) |
| 03/01/2021 | 95 | Docket Text ORDER Re: 93 MOTION for Leave to File in Excess of Page Limitation by |

| | | |
|---|---|---|
| | | Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 3/1/2021. (TMT) (Entered: 03/01/2021) |
| 03/05/2021 | 96 | MOTION for Leave to File Affidavits and Additional Briefing in Support of Personal Jurisdiction by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Hein, John) (Entered: 03/05/2021) |
| 03/07/2021 | 97 | MEMORANDUM in Opposition re 96 MOTION for Leave to File Affidavits and Additional Briefing in Support of Personal Jurisdiction filed by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Reinberg, Stephen) (Entered: 03/08/2021) |
| 03/12/2021 | 98 | REPLY to Response to Motion re 96 MOTION for Leave to File Affidavits and Additional Briefing in Support of Personal Jurisdiction filed by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Mabie, Grant) (Entered: 03/12/2021) |
| 03/12/2021 | 99 | MOTION for Leave to File Sealed Document *(Declaration and Exhibits)* by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Mabie, Grant) (Entered: 03/12/2021) |
| 03/12/2021 | 100 | SEALED DOCUMENT - SURRESPONSE re 99 MOTION for Leave to File Sealed Document *(Declaration and Exhibits)*, 82 Memorandum in Opposition to Motion, 98 Reply to Response to Motion, 62 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim*, 97 Memorandum in Opposition to Motion, 94 Reply to Response to Motion, 63 Memorandum in Support of Motion,, 96 MOTION for Leave to File Affidavits and Additional Briefing in Support of Personal Jurisdiction by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Attachments: # 1 Affidavit Declaration of Timothy Dew, # 2 Exhibit Exhibits to Declaration of Timothy Dew)(Mabie, Grant) Modified on 3/15/2021 (TMT). (Entered: 03/12/2021) |
| 03/15/2021 | | ***REMARK Re: 98 , 99 , and 100 - The use of an attorney's electronic filing login and password to file a pleading, motion, memorandum or other document constitutes the signature of that attorney on that document for all purposes, including Fed.R.Civ.P. 11. (This document will be accepted by the Court, but for future filings please see Local Rule 11-2.11 located on the court website.) (TMT) Modified on 3/15/2021 (TMT). (Entered: 03/15/2021) |
| 03/26/2021 | 101 | Consent MOTION for Extension of Time to File Response/Reply as to 99 MOTION for Leave to File Sealed Document *(Declaration and Exhibits)*, 100 Sealed Document,,, by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood. (Reinberg, Stephen) (Entered: 03/26/2021) |
| 03/29/2021 | 102 | Docket Text ORDER Re: 101 Consent MOTION for Extension of Time to File Response/Reply as to 99 MOTION for Leave to File Sealed Document *(Declaration and Exhibits)*, 100 Sealed Document by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine Wingard, Randi Wood; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 3/29/2021. (TMT) (Entered: 03/29/2021) |
| 04/02/2021 | 103 | RESPONSE to 99 Motion for Leave to File Declaration and Exhibits Under Seal filed by Defendants Mark Cordsen, Anton Lobov, Mike Tomasek, Rachel Tomasek, Antoine |

| | | |
|---|---|---|
| | | Wingard, Randi Wood. (Reinberg, Stephen) Modified on 4/5/2021 (TMT). (Entered: 04/02/2021) |
| 04/12/2021 | 104 | REPLY to Response to Motion re 99 MOTION for Leave to File Sealed Document *(Declaration and Exhibits)* filed by Plaintiffs C. Pepper Logistics, LLC, Independent Service Provider, LLC, Interstate Service Provider, Inc., LRS Leasing, LLC, Logistics Resource Solutions, Inc., Timeless Logistical Solutions, Inc.. (Hein, John) (Entered: 04/12/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/20/2021 11:16:06 | | | |
| **PACER Login:** | kcooper543 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:20-cv-01444-MTS |
| **Billable Pages:** | 16 | **Cost:** | 1.60 |